UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Warren F. Nelson,

       Plaintiff,

vs.

Lake Superior College, et al.,

       Defendants.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civil No. 17-1056 (PJS/LIB)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1.     This matter is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

2.     Plaintiff Warren F. Nelson's application to proceed *in forma pauperis* [Docket No. 2] is DENIED AS MOOT.

3.     Judgment is entered accordingly.

DATED: 5/25/17
At Minneapolis, Minnesota

s/Patrick J. Schiltz
Patrick J. Schiltz, Judge
United States District Court